

# Fourth Court of Appeals
## San Antonio, Texas

January 13, 2021

No. 04-19-00743-CV

John David **HODGES,**
Appellant

v.

Isabel **HODGES,**
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-18089
Honorable Norma Gonzales, Judge Presiding

## O R D E R

This appeal was abated to the trial court to permit it to sign the final judgment in this case. A supplemental clerk's record containing the final judgment signed by the trial court has now been filed in this court. It is therefore ORDERED that this appeal is REINSTATED. The appellant's brief is due *thirty (30) days* from the date of this order.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of January, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court